UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 03-30034-05 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LESLIE "BEAU" KIMES | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

The Report and Recommendation [Doc. No. 399] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 400] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to vacate, set aside, or correct sentence [Doc. Nos. 355 & 363] is GRANTED.

IT IS FURTHER ORDERED that Defendant Leslie "Beau" Kimes's sentence is VACATED and that Defendant shall be re-sentenced as if he had pled guilty to Counts One, Five, and Seven of the Indictment.

MONROE, LOUISIANA, this 11th day of June, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE